UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

DOMONIC A. MCCLAIN,

       Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

       Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, DOMONIC A. MCCLAIN, by and through the undersigned attorneys, and files this Complaint stating a cause of action against Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, DOMONIC A. MCCLAIN, is an adult resident citizen of Milwaukee County, WI.

3. Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter referred to as "LINCOLN NATIONAL"), is a foreign corporation authorized to do business and actually doing business within the Southern District of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

## COUNT I – BREACH OF CONTRACT

5. Plaintiff and/or his employer, CHARTER COMMISSIONS, INC., purchased through his employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan").

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, LINCOLN NATIONAL, is in possession of all master LTD Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively, is an LTD plan fiduciary without discretion to interpret LTD Plan provisions.

9. On or about January 19, 2018, Plaintiff became totally disabled from his past employment as defined by the LTD Plan, due to spinal stenosis and other exertional and non-exertional impairments.

10. Plaintiff made a timely application for disability benefits under the LTD Plan, and his claim was approved.

11. On or about March 13, 2020, Defendant or its agents terminated Plaintiff's claim for LTD Plan benefits beyond July 18, 2020.

12. Plaintiff appealed said denial of benefits on or about September 30, 2021, and supplemented his appeal on February 14, 2022.

13. On or about March 9, 2022, Defendant upheld its previous decision to deny the claim for LTD Plan benefits.

14. Plaintiff continues to remain totally disabled from employment, as defined by the LTD Plan, due to spinal stenosis and other exertional and non-exertional impairments.

15. Plaintiff has exhausted all administrative remedies afforded by the LTD Plan and has otherwise complied with all conditions precedent to this action.

16. Each of the Defendant's denials of Plaintiff's claims for LTD Plan benefits constituted abuse of Defendant's discretion under the LTD Plan and derogated Plaintiff's right to disability benefits under the terms of the LTD Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: September 21, 2022

*/s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
FL. Bar No.: 12699
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
nick@nickortizlaw.com
Attorney for Plaintiff